UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. 18-60165-jrs |
| KARLEY ANN NGUYEN | ) | |
| *aka* KARLEY KIMMEL NGUYEN | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, ALBERTELLI LAW, attorneys for AmeriHome Mortgage Company, LLC, hereby enters it Notice of Appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby request notice in regard to the following property:

- Property Address: 4435 Settles Bridge Road, Suwanee, Georgia 30024

- Last Four Digits of Loan Number: 6466

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g).

      */s/ Cory P. Sims*
      Cory P. Sims, Esquire
      Georgia Bar No. 701802
      JAMES E. ALBERTELLI, P.A.
      D/B/A ALBERTELLI & WHITWORTH, P.A.
      100 Galleria Parkway, Suite 960
      Atlanta, Georgia  30339
      Telephone:  (813) 221-4743 ext. 1947
      Facsimile:  (813) 221-9171
      Email:  csims@alaw.net
      Attorney for Plaintiff

ALAW FILE NO. 18-021064

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2018, I served a copy of the foregoing Notice of Appearance and Request for Service via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list.

## SERVICE LIST

Karley Ann Nguyen
4435 Settles Bridge Rd
Suwanee, GA 30024

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

          */s/ Cory P. Sims*
          Cory P. Sims, Esquire
          Georgia Bar No. 701802
          JAMES E. ALBERTELLI, P.A.
          D/B/A ALBERTELLI & WHITWORTH, P.A.
          100 Galleria Parkway, Suite 960
          Atlanta, Georgia  30339
          Telephone:  (813) 221-4743 ext. 1947
          Facsimile:  (813) 221-9171
          Email:  csims@alaw.net
          Attorney for Plaintiff

ALAW FILE NO. 18-021064